Michael E. McGann, Esq. ID #027371986
WIDMAN, COONEY, WILSON, McGANN & FITTERER
1803 Highway 35
Oakhurst, New Jersey 07755
(732)531-4141
*Attorneys for Defendants,* Solaris Health System, JFK Medical Center Muhlenberg Campus

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CLIFFORD S. GORDON,

                 Plaintiff,

Vs.

SOLARIS HEALTH SYSTEM, JFK MEDICAL
CENTER MUHLENBERG CAMPUS, BHUPENDRA
PATEL, ANGELO RACANIELLO,
NEIGHBORHOOD HEALTH SERVICES
CORPORATION, FORMERLY PLAINFIELD
HEALTH CENTER AND DR. LISA HAUSER

                 Defendants.

Civil Case No. 2:11-cv-07063

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO SOLARIS HEALTH SYSTEM, JFK
MEDICAL CENTER MUHLENBERG CAMPUS
ONLY**

The matter in difference in the above-entitled action having been amicably adjusted by and between

Plaintiff, Clifford S. Gordon and Defendants, Solaris Health System, JFK Medical Center Muhlenberg Campus,

only, it is hereby stipulated and agreed that the same is hereby dismissed with prejudice and without costs

against either party.

PRESTON WILKINS & MARTIN
Attorney for Plaintiff, Gordon

By:

   Gregory R. Preston, Esq.

Dated: May 28, 2014
    June 23, 2014

WIDMAN, COONEY, WILSON,
McGANN & FITTERER
Attorney for Defendant, Solaris Health System
JFK Medical Center Muhlenberg Campus

By: Michael McGann

   Michael E. McGann, Esq.

Dated: May 28, 2014

SO ORDERED

      Claire C. Cecchi

Claire C. Cecchi, U.S.D.J.

Date: 6/27/14

Attorney for Angelo Rancaniello, M.D.

By: _~~~~~~_____

Paul J. Miller, Esq.

Dated: May 28, 2014

OFFICE OF THE U.S. ATTORNEY
Attorney for United States of America

By: _~~~~~~_____

Allan B.K. Urgent, Esq.

Dated May 28, 2014