WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Kenneth M. Brown, Esq.
200 Campus Drive
Florham Park, New Jersey 07932
Tel: (973) 624-0800 Fax: (973) 624-0808
Attorneys for Defendant, Angelo Racaniello, M.D.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLIFFORD GORDON,<br><br>    Plaintiff(s),<br><br>v.<br><br>SOLARIS HEALTH SYSTEM, JFK MEDICAL CENTER MUHLENBERG CAMPUS, BHUPENDRA PATEL, ANGELO RACANIELLO, and UNITED STATES OF AMERICA,<br><br>    Defendant(s). | Civil Action<br>2:11 CV 07063-CCC-MF<br><br>Document Filed Electronically<br><br>**VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ANGELO RACANIELLO, M.D. ONLY** |

The matter in difference in the above entitled action having been amicably adjusted by and between the plaintiff, Clifford Gordon and defendant, Angelo Racaniello, M.D. it is hereby stipulated and agreed that the Complaint and any and all cross-claims are hereby dismissed with prejudice and without costs.

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>Attorneys for Defendant, Angelo Racaniello, M.D.<br><br>By: _____<br>  Kenneth M. Brown, Esq.<br>Date: 6-24-14 | PRESTON, WILKINS & MARTIN, PLLC<br>Attorney for Plaintiff<br><br>By: _____<br>  Gregory R. Preston, Esq.<br>Date: 6/23/14 |

1723572v.1

SO ORDERED

*s/Claire C. Cecchi*
_____
Claire C. Cecchi, U.S.D.J.
Date: 6/27/14

C

WIDMAN, COONEY, WILSON, MCGANN
& FITTERER
Attorneys for Defendant, JFK Medical Center

By: *[signature]*
Michael E. McGann, Esq.
Date: 6/24/14

U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF NEW JERSEY
Attorney for United States of America

By: *[signature]*
Allan B.K. Urgent, AUSA
Date: 6/24/14