Gregory R. Preston
Preston & Wilkins, P.L.L.C.
76 South Orange Avenue, Suite 300
South Orange, NJ 07079
Tel: (212) 809-5808

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------X

CLIFFORD S. GORDON,

        Plaintiff,

-against-

SOLARIS HEALTH SYSTEM, et al.,

        Defendants.

------------------------------------------------------------------X

HON. CLAIRE C. CECCHI

Civil Action No.
2:11-cv-07063-CCC-MF

**STIPULATION OF**
**DISCONTINUANCE WITH**
**PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff CLIFFORD S. GORDON to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, that the above entitled action, including any and all counter and cross-claims contained therein, is hereby discontinued with prejudice against the United States of America, and without costs to any party as against another.

This stipulation may be signed by facsimile and filed without further notice with the Clerk of Court.

Dated: South Orange, New Jersey
      February ___, 2015

_____
Gregory R. Preston
PRESTON & WILKINS, PLLC
Attorneys for Plaintiff
76 South Orange Avenue, Suite 300
South Orange, NJ 07079
(212) 809-5808

_____
Allan Urgent
Attorneys for Defendant
Assistant United States Attorney
U.S. Attorney's Office of the District of New Jersey
Civil Division
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 297-2079