Gregory R. Preston
Preston & Wilkins, P.L.L.C.
76 South Orange Avenue, Suite 300
South Orange, NJ 07079
Tel: (212) 809-5808

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------X

| | |
|---|---|
| CLIFFORD S. GORDON, | HON. CLAIRE C. CECCHI |
| Plaintiff, | Civil Action No. 2:11-cv-07063-CCC-MF |
| -against- | **STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |
| SOLARIS HEALTH SYSTEM, et al., | |
| Defendants. | |

-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for Plaintiff CLIFFORD S. GORDON to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, that the above entitled action, including any and all counter and cross-claims contained therein, is hereby discontinued with prejudice against the United States of America, and without costs to any party as against another.

This stipulation may be signed by facsimile and filed without further notice with the Clerk of Court.

Dated: South Orange, New Jersey
       February ___, 2015

_____              _____
Gregory R. Preston                      Allan Urgent
PRESTON & WILKINS, PLLC                 Attorneys for Defendant
Attorneys for Plaintiff                 Assistant United States Attorney
76 South Orange Avenue, Suite 300       U.S. Attorney's Office of the District of New Jersey
South Orange, NJ 07079                  Civil Division
(212) 809-5808                          970 Broad Street, Suite 700
                                        Newark, New Jersey 07102
                                        (973) 297-2079          SO ORDERED

                                                        s/Claire C. Cecchi
                                                        _____
                                                        Claire C. Cecchi, U.S.D.J.

                                                        Date: 3/27/15